UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RONALD JOSEPH,

                Petitioner,

v.                                                         No. 6:26-CV-00062-H

WARDEN, EDEN DETENTION
CENTER,

                Respondent.

## ORDER

Petitioner Ronald Joseph, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in the Eden Detention Center pending removal proceedings. Dkt. No. 1. He seeks release from detention.

Respondent filed a response along with relevant records, urging the Court to deny the petition. Dkt. Nos. 7, 8. Respondent contends that Petitioner is subject to mandatory detention as an applicant for admission under 8 U.S.C. § 1225, so he is ineligible for release. And Respondent argues that Petitioner's detention pending his removal proceedings does not otherwise offend the Due Process Clause.

Petitioner replied. He reiterates that he was previously released on recognizance and argues that his re-detention is unjustified because he cooperated with immigration authorities and he is not a danger to the community or a flight risk. Dkt. No. 9. He also asserts that even if his detention is statutorily mandated, it has become unconstitutionally prolonged. *Id.*

The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records. Based upon the facts and the law set forth in Respondent's response and supported by the relevant records, the Court finds that Petitioner is not entitled to federal habeas relief. The Court has consistently found, in cases indistinguishable from this one, that applicants for admission like Petitioner are properly detained without bond under Section 1225(b)(2)(A), and that the Fifth Amendment does not require release under these circumstances.[1] Thus, the petition for writ of habeas corpus is denied, and this civil action is dismissed.

So ordered.

The Court will enter judgment accordingly.

Dated May 6 , 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge

---

[1] *See, e.g., Higareda-Cano v. Noem*, No. 1:25-CV-225, 2026 WL 274495 (N.D. Tex. Jan. 30, 2026); *Goyo Martinez v. Villegas*, No. 1:25-CV-256, 2026 WL 114418 (N.D. Tex. Jan. 15, 2026); *Garibay-Robledo v. Noem*, __ F. Supp. 3d __, No. 1:25-CV-177, 2026 WL 81679 (N.D. Tex. Jan. 9, 2026); *Gomez Hernandez v. Lyons*, No. 1:25-CV-216, 2026 WL 31775 (N.D. Tex. Jan. 6, 2026); *Montelongo Zuniga v. Lyons*, ___ F. Supp. 3d ___, No. 1:25-CV-221, 2025 WL 3755126 (N.D. Tex. Dec. 29, 2025).